UNITED STATES of America,
Plaintiff–Appellee,

v.

Lovarnso A. WALKER, Defendant–
Appellant.

No. 09–10538

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 23, 2009.

Lovarnso A. Walker, Montgomery, AL, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BARKETT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Lovarnso A. Walker in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's decision regarding the extent of the reduction of Walker's sentence, pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED.**